UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$11,250.00 IN UNITED STATES CURRENCY,<br><br>    Defendant *In Rem*. | Civil No.: |

## MOTION REQUESTING ISSUANCE OF WARRANT
## OF ARREST IN REM UNDER SUPPLEMENTAL RULE G(3)(B)(i)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for a warrant of arrest *In Rem*, respectfully states as follows:

1.   Plaintiff has commenced a forfeiture action against the Defendant *In Rem* pursuant to 18 U.S.C. § 981(a)(1)(C).

2.   The Defendant *In Rem* is in the possession, custody, and control of the United States.

3.   Pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."

4. Pursuant to Supplemental Rule G(3)(c), that the warrant of arrest *In Rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *In Rem* for the Defendant *In Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of July 2024.

        W. Stephen Muldrow
        United States Attorney

        */s/ Myriam Y. Fernández-González*
        Myriam Y. Fernández-González
        Assistant United States Attorney – 218011
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Tel. (787) 766-5656; Fax. (787) 771-4050
        Email: Myriam.Y.Fernandez@usdoj.gov